

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-27,322-13

### EX PARTE BRENT ALAN MCLEAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W17-18392-M(A) IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of failure to register as a sex offender and sentenced to five years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we deny relief on Applicant's claims relating to mandatory supervision eligibility and good time credits. In so doing, we observe that one of Applicant's writ exhibits reflects a prior conviction for sexual performance by a child. This Court's records contain previous challenges to the sexual performance by a child conviction. *Ex parte McLean*, No. WR-27,322-03 (Tex. Crim. App. May 2, 2007) (not designated for publication). A prior conviction for sexual performance by a child would cause Applicant to be ineligible for mandatory supervision

release. TEX. GOV'T. CODE § 508.149(a)(15).

Applicant's claim for pre-sentence jail time credit is dismissed. *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Filed: February 24, 2021
Do not publish